UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL MONSANTO LOPEZ,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

20-CV-2410 (NRB)

ORDER DIRECTING ORIGINAL SIGNATURE

NAOMI REICE BUCHWALD, United States District Judge:

      Movant, proceeding *pro se*, submitted his motion brought under 28 U.S.C. § 2255 without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

      Movant is directed to resubmit the signature page of the motion with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

      The Clerk of Court is directed to mail a copy of this order to Movant and note service on the docket.

No answer shall be required at this time. If Movant fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated: April 7, 2020
        New York, New York

NAOMI REICE BUCHWALD
United States District Judge